Argued and submitted August 11, reversed September 22, 1980

ZIMMERMAN,
*Petitioner,*

*v.*

BUILDERS BOARD, et al,
*Respondents.*

(No. 1622, CA 15984)

616 P2d 1186

Michael L. Mowrey, Grants Pass, argued the cause for petitioner. With him on the brief was Brown, Hughes, Bird & Lane, Grants Pass.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent Builders Board. With him on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

No appearance by respondent Martin.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

Petitioner, a builder, seeks review of an order by the Builders Board that he pay claimant $3,500 as damages for breach of a construction contract. Assuming that there was a valid contract between the builder and the claimant and that the builder breached that contract, there was no evidence to support a conclusion that $3,500 was the reasonable and necessary consequence of that breach. *Midwest Fabrication v. Woodex, Inc.,* 40 Or App 675, 596 P2d 581, *rev den* (1979).

Reversed.